Richard C. Gordon, Esq.
Nevada Bar No. 9036
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
rgordon@swlaw.com

[Additional counsel on signature page]

*Attorneys for Plaintiff Aerotek, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AEROTEK, INC., | CASE NO.: 2:18-CV-02155-RFB-VCF |
| Plaintiff, | **JOINT STIPULATON OF DISMISSAL** |
| vs. | |
| ENERTRONICA, INC. | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Aerotek, Inc. and Defendant Enertronica, Inc. stipulate and agree to dismiss this case with prejudice, with each party bearing its own costs pursuant to a settlement of all claims between the parties.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WHEREFORE, Plaintiff Aerotek, Inc. and Defendant Enertronica, Inc., jointly stipulate to dismiss this case with prejudice, with each party to bear its own costs.

**IT IS SO STIPULATED**.

Dated April 7, 2020

| | |
|---|---|
| **SNELL & WILMER L.L.P.** <br><br> /s/ *Richard C. Gordon* <br> Richard C. Gordon, Esq. <br> Nevada Bar No. 9036 <br> 3883 Howard Hughes Pkwy., Ste. 1100 <br> Las Vegas, NV 89169 <br><br> **SHOOK, HARDY & BACON LLP** <br> Patrick L. Kenney (*Admitted Pro Hac Vice*) <br> 2555 Grand Boulevard <br> Kansas City, MI 64108 <br><br> **SHOOK, HARDY & BACON LLP** <br> Erin Vaughn (*Admitted Pro Hac Vice*) <br> 111 South Wacker Drive, 50th Floor <br> Chicago, IL 60606 <br><br> *Counsel for Plaintiff* | **HOLLAND & HART LLP** <br><br> /s/ *Joseph G. Went* <br> Joseph G. Went, Esq. <br> Nevada Bar No. 9220 <br> 9555 Hillwood Drive, Second Floor <br> Las Vegas, NV 89131 <br><br> *Counsel for Defendant Enertronica, Inc.* |

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 7th day of April, 2020.

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2020, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 7th day of April 2020.

/s/ *Gaylene Kim*
Gaylene Kim

4823-1504-9913